UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LISA WELLS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:21-cv-00865 |
| COMMUNITY HEALTH SYSTEMS, INC., et al. | ) |
| Defendants. | ) |

## ORDER

By Order entered on December 14, 2023 (Doc. No. 163), the Court granted Plaintiff Lisa Wells ("Wells") unopposed motion to sever certain Opt-in Plaintiffs into separate cases and transfer those cases to the United States District Court for the Eastern District of Tennessee. Before transfer, the parties were given 30 days to file amended and supplemental pleadings and identify suitable named plaintiffs for each grouping. Amended complaints were filed on January 15, 2024 (Doc. Nos. 167, 168, 169, 170, 171, and 172) and January 23, 2024 (Doc. No. 174).

Accordingly, the Opt-in Plaintiffs are severed into seven groupings as separate cases based upon Plaintiffs' residences, as follows: 1) Clarksville, (2) Cleveland, (3) Jefferson City, (4) North Knoxville, (5) Newport, (6) LaFollette, and (7) Turkey Creek.

The Clarksville grouping remains in the Middle District of Tennessee retaining the above-captioned case number (3:21-cv-00865), and the grouping is associated with the Amended Complaint filed on January 5, 2024 (Docket No. 168) naming Plaintiff Michael Warren.

The Clerk is directed to open a separate case for each of the remaining six groupings, waive the filing fee in each new case, and then transfer the cases to the Eastern District of Tennessee, as follows:

a. Turkey Creek: Amended Complaint (Doc. No. 167) with named Plaintiff Lisa Wells, to be transferred to the Northern (Knoxville) Division;

b. North Knoxville: Amended Complaint (Doc. No. 171) with named Plaintiff Jennifer Labrooy, to be transferred to the Northern (Knoxville) Division;

c. LaFollette: Amended Complaint (Doc. No. 169) with named Plaintiff Jennifer Sharp, to be transferred to the Northern (Knoxville) Division;

d. Jefferson City: Amended Complaint (Doc. No. 170) with named Plaintiff David McVittie, to be transferred to the Northern (Knoxville) Division;

e. Cleveland: Amended Complaint (Doc. No. 172) with named Plaintiff Sarah Foust, to be transferred to the Southern (Chattanooga) Division.

f. Newport: Amended Complaint (Doc. No. 174) with named Plaintiff Wilma Sue McGaha, to be transferred to the Northeastern (Greeneville) Division.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE